KAVANAUGH, Circuit Judge,
dissenting:
In its recent decision in Reichle v. Howards, — U.S. -, 132 S.Ct. 2088, 182 L.Ed.2d 985 (2012), the Supreme Court indicated that it is not clear whether the absence-of-probable-cause requirement identified in Hartman v. Moore, 547 U.S. 250, 252, 126 S.Ct. 1695, 164 L.Ed.2d 441 (2006), is “best read as defining the scope of the First Amendment right or as simply establishing a prerequisite for recovery.” Reichle, 132 S.Ct. at 2096 n. 6. Because the First Amendment law on this point is not clear, the defendants in this case cannot be said to have violated “clearly established” First Amendment law. Therefore, the defendants are entitled to qualified immunity, and the suit may not proceed. I respectfully dissent.